■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RIOS, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on October 5, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Ross, Asch, Lynch and Ellerin, JJ.

■ IRVING WEISS, Appellant, v AMERICAN EXPRESS COMPANY, Respondent.—Order, Supreme Court, New York County (Edward Greenfield, J.), entered on September 26, 1984, unanimously affirmed for the reasons stated by Edward Greenfield, J. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Sullivan, J. P., Carro, Fein, Lynch and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PABLO SANTIAGO, Appellant.—Judgment, Supreme Court, New York County (Edith Miller, J.), rendered on February 9, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Ross, Asch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY POPE, Appellant.—Judgment, Supreme Court, New York County (Frederic Berman, J.), rendered on August 20, 1984, unanimously affirmed.